# United States Bankruptcy Court
## Southern District of Florida

In re **Yaser Valladares Roque**
**Mercedes Boza Rivero** _____
Debtor(s)

Case No. _____
Chapter **13** _____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■     Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of all payment advices **are not** attached because the debtor:
       ☐    receives disability payments
       ☐    is unemployed and does not receive unemployment compensation
       ☐    receives Social Security payments
       ☐    receives a pension
       ☐    does not work outside the home
       ☐    is self employed and does not receive payment advices

☐     None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

**Joint Debtor (if applicable):**

■     Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of payment advices **are not** attached because the joint debtor:
       ☐    receives disability payments
       ☐    is unemployed and does not receive unemployment compensation
       ☐    receives Social Security payments
       ☐    receives a pension
       ☐    does not work outside the home
       ☐    is self employed and does not receive payment advices

☐     None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Yaser Valladares Roque | Date: | **July 6, 2022** |
|---|---|---|
| **Yaser Valladares Roque** | | |
| Signature of Attorney or Debtor | | |

| /s/ Mercedes Boza Rivero | Date: | **July 6, 2022** |
|---|---|---|
| **Mercedes Boza Rivero** | | |
| Signature of Attorney or Joint Debtor | | |

# Baptist Health South Florida

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 06/05/2022 | Advice #: | 000000008403195 |
| Pay End Date: | 06/18/2022 | Advice Date: | 06/23/2022 |

Maria E Gomez
11879 SW 208 Terrace
Miami, FL 33177

| Employee ID: | 20960 |
|---|---|
| Department: | 71800-Dietary |
| Location: | Baptist Hospital |
| Job Title: | Special Events Host |
| Pay Rate: | $16.770272 Hourly |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Eatity Team Bonus | | 200.00 | | 400.00 |
| Overtime FLSA | 21.25 | 543.56 | 134.75 | 3,413.48 |
| Shift 3 Differential | 12.00 | 23.52 | 93.75 | 178.65 |
| Regular | 80.00 | 1,341.62 | 962.50 | 15,901.65 |
| Shift 2 Differential | 4.00 | 5.76 | 26.00 | 36.52 |
| Holiday Pay | | 0.00 | 8.00 | 63.89 |
| Paid Time Off | | 0.00 | 101.00 | 1,670.63 |
| **TOTAL:** | **117.25** | **2,114.46** | **1,326.00** | **21,664.82** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 163.32 | 1,268.17 |
| Fed MED/EE | 30.54 | 312.57 |
| Fed OASDI/EE | 130.58 | 1,336.52 |
| **TOTAL:** | **324.44** | **2,917.26** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Vision | 7.12 | 92.56 |
| Supplemental AD&D | 1.21 | 15.53 |
| 403(b) | 105.72 | 1,083.23 |
| **TOTAL:** | **114.05** | **1,191.32** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sunshine Disaster Relief Loan | 67.00 | 871.00 |
| 403(b) Loan 3 | 132.66 | 1,724.58 |
| 403(b) Loan 4 | 109.94 | 1,429.22 |
| BHM Gift Shop | 0.00 | 190.04 |
| 403(b) Loan 2 | 0.00 | 661.87 |
| **TOTAL:** | **309.60** | **4,876.71** |

## PTO/SLB BALANCES

| | PTO |
|---|---|
| YTD | |
| Start Balance | 216.48 |
| + Earned | 116.58 |
| + Received | 0.00 |
| - Taken | 101.00 |
| - Cashout/Donated | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **232.06** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,114.46 | 2,000.41 | 324.44 | 423.65 | 1,366.37 |
| YTD | 21,664.82 | 20,473.50 | 2,917.26 | 6,068.03 | 12,679.53 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000008403195 | Checking | ***3124 | 50.00 |
| | Checking | *******1293 | 1,316.37 |
| **TOTAL:** | | | **1,366.37** |

MESSAGE:

# Baptist Health South Florida

| Pay Group: | 200-Baptist Hospital of Miami | Business Unit: | 20200 |
|---|---|---|---|
| Pay Begin Date: | 04/24/2022 | Advice #: | 000000008330432 |
| Pay End Date: | 05/07/2022 | Advice Date: | 05/12/2022 |

| | | | | TAX DATA: | Federal | FL State |
|---|---|---|---|---|---|---|
| Maria E Gomez | Employee ID: | 20960 | | Tax Status: | Married | N/A |
| 11879 SW 208 Terrace | Department: | 71800-Dietary | | Allowances: | 1 | 0 |
| Miami, FL 33177 | Location: | Baptist Hospital | | Addl. Percent: | | N/A |
| | Job Title: | Special Events Host | | Addl. Amount: | | |
| | Pay Rate: | $16.770272 Hourly | | | | |

## HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | 80.00 | 1,341.63 | 738.25 | 12,140.91 | Fed Withholdng | | 99.36 | 939.58 |
| Shift 3 Differential | 9.00 | 17.64 | 69.75 | 131.61 | Fed MED/EE | | 24.81 | 236.93 |
| Overtime FLSA | 14.25 | 360.17 | 97.00 | 2,453.42 | Fed OASDI/EE | | 106.09 | 1,013.07 |
| Holiday Pay | | 0.00 | 8.00 | 63.89 | | | | |
| Paid Time Off | | 0.00 | 85.00 | 1,402.30 | | | | |
| Shift 2 Differential | | 0.00 | 22.00 | 30.76 | | | | |
| Entity Team Bonus | | 0.00 | | 200.00 | | | | |
| TOTAL: | 103.25 | 1,719.44 | 1,020.00 | 16,422.89 | TOTAL: | | 230.26 | 2,189.58 |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / PTO/SLB BALANCES

| Description | Current | YTD | Description | Current | YTD | | YTD | PTO |
|---|---|---|---|---|---|---|---|---|
| Vision | 7.12 | 71.20 | BHM Gift Shop | 40.00 | 152.61 | Start Balance | | 216.48 |
| | | | Sunshine Disaster Relief Loan | 67.00 | 670.00 | + Earned | | 19.20 |
| Supplemental AD&D | 1.21 | 11.90 | 403(b) Loan 2 | 60.17 | 601.70 | + Received | | 0.00 |
| | | | 403(b) Loan 3 | 132.66 | 1,326.60 | - Taken | | 15.00 |
| 403(b) | 85.97 | 821.14 | 403(b) Loan 4 | 109.94 | 1,099.40 | - Cashout/Donated | | 0.00 |
| | | | | | | + Adjustments | | 0.00 |
| TOTAL: | 94.30 | 904.24 | TOTAL: | 409.77 | 3,850.31 | End Balance | 220.68 | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,719.44 | 1,625.14 | 230.26 | 504.07 | 985.11 |
| YTD | 16,422.89 | 15,518.65 | 2,189.58 | 4,754.55 | 9,478.76 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000008330432 | Checking | ***3124 | 50.00 |
| | Checking | ***********1293 | 935.11 |
| TOTAL: | | | 985.11 |

MESSAGE:

## Baptist Health South Florida

| Pay Group: | 200-Baptist Hospital of Miami |
| --- | --- |
| Pay Begin Date: | 05/08/2022 |
| Pay End Date: | 05/21/2022 |

| Business Unit: | 20200 |
| --- | --- |
| Advice #: | 000000008354614 |
| Advice Date: | 05/26/2022 |

Maria E Gomez
11879 SW 208 Terrace
Miami, FL 33177

| Employee ID: | 20960 |
| --- | --- |
| Department: | 71800-Dietary |
| Location: | Baptist Hospital |
| Job Title: | Special Events Host |
| Pay Rate: | $16.770272 Hourly |

| TAX DATA: | Federal | FL State |
| --- | --- | --- |
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- |
| Overtime FLSA | 13.25 | 334.63 | 110.25 | 2,788.05 |
| Regular | 80.00 | 1,341.62 | 818.25 | 13,482.53 |
| Shift 3 Differential | 9.00 | 17.64 | 78.75 | 149.25 |
| Holiday Pay | | 0.00 | 8.00 | 63.89 |
| Paid Time Off | | 0.00 | 85.00 | 1,402.30 |
| Shift 2 Differential | | 0.00 | 22.00 | 30.76 |
| Entity Team Bonus | | 0.00 | | 200.00 |
| TOTAL: | 102.25 | 1,693.89 | 1,122.25 | 18,116.78 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 96.45 | 1,036.03 |
| Fed MED/EE | 24.44 | 261.37 |
| Fed OASDI/EE | 104.50 | 1,117.57 |
| TOTAL: | 225.39 | 2,414.97 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Vision | 7.12 | 78.32 |
| Supplemental AD&D | 1.21 | 13.11 |
| 403(b) | 84.69 | 905.83 |
| TOTAL: | 93.02 | 997.26 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| BHM Gift Shop | 37.43 | 190.04 |
| Sunshine Disaster Relief Loan | 67.00 | 737.00 |
| 403(b) Loan 2 | 60.17 | 661.87 |
| 403(b) Loan 3 | 132.66 | 1,459.26 |
| 403(b) Loan 4 | 109.94 | 1,209.34 |
| TOTAL: | 407.20 | 4,257.51 |

### PTO/SLB BALANCES

| | YTD | PTO |
| --- | --- | --- |
| Start Balance | | 216.48 |
| + Earned | | 98.12 |
| + Received | | 0.00 |
| - Taken | | 85.00 |
| - Cashout/Donated | | 0.00 |
| + Adjustments | | 0.00 |
| End Balance | | 229.60 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,693.89 | 1,600.87 | 225.39 | 500.22 | 968.28 |
| YTD | 18,116.78 | 17,119.52 | 2,414.97 | 5,254.77 | 10,447.04 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000008354614 | Checking | ***3124 | 50.00 |
| | Checking | **********1293 | 918.28 |
| TOTAL: | | | 968.28 |

MESSAGE:

# Baptist Health South Florida

| | |
|---|---|
| Pay Group: | 200-Baptist Hospital of Miami |
| Pay Begin Date: | 05/22/2022 |
| Pay End Date: | 06/04/2022 |

| | |
|---|---|
| Business Unit: | 20200 |
| Advice #: | 000000008378841 |
| Advice Date: | 06/09/2022 |

Maria E Gomez
11879 SW 208 Terrace
Miami, FL 33177

| | |
|---|---|
| Employee ID: | 20960 |
| Department: | 71800-Dietary |
| Location: | Baptist Hospital |
| Job Title: | Special Events Host |
| Pay Rate: | $16.770272 Hourly |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime FLSA | 3.25 | 81.87 | 113.50 | 2,869.92 | Fed Withholdng | 68.82 | 1,104.85 |
| Regular | 64.25 | 1,077.50 | 882.50 | 14,560.03 | Fed MED/EE | 20.66 | 282.03 |
| Shift 3 Differential | 3.00 | 5.88 | 81.75 | 155.13 | Fed OASDI/EE | 88.37 | 1,205.94 |
| Paid Time Off | 16.00 | 268.33 | 101.00 | 1,670.63 | | | |
| Holiday Pay | | 0.00 | 8.00 | 63.89 | | | |
| Shift 2 Differential | | 0.00 | 22.00 | 30.76 | | | |
| Entity Team Bonus | | 0.00 | | 200.00 | | | |
| TOTAL: | 86.50 | 1,433.58 | 1,208.75 | 19,550.36 | TOTAL: | 177.85 | 2,592.82 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | | PTO/SLB BALANCES |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | YTD | PTO |
| Vision | 7.13 | 85.44 | Sunshine Disaster Relief Loan | 67.00 | 804.00 | Start Balance | 216.48 |
| Supplemental AD&D | 1.21 | 14.32 | 403(b) Loan 3 | 132.66 | 1,591.92 | + Earned | 107.35 |
| | | | 403(b) Loan 4 | 109.94 | 1,319.28 | + Received | 0.00 |
| 403(b) | 71.68 | 977.51 | BHM Gift Shop | 0.00 | 190.04 | - Taken | 101.00 |
| | | | 403(b) Loan 2 | 0.00 | 661.87 | - Cashout/Donated | 0.00 |
| | | | | | | + Adjustments | 0.00 |
| TOTAL: | 80.01 | 1,077.27 | TOTAL: | 309.60 | 4,567.11 | End Balance | 222.83 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,433.58 | 1,353.57 | 177.85 | 389.61 | 866.12 |
| YTD | 19,550.36 | 18,473.09 | 2,592.82 | 5,644.38 | 11,313.16 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000008378841 | Checking | ***3124 | 50.00 |
| | Checking | ********1293 | 816.12 |

| TOTAL: | | | 866.12 |

MESSAGE: